UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEONARD J. SAMIA | § | PLAINTIFF |
| | § | |
| V. | § | CAUSE NO. 1:09cv803-LG-RHW |
| | § | |
| BRENTSTONE PARTNERS, L.P. | § | DEFENDANT |

### ORDER DISTRIBUTING INTEREST

THE MATTER IS BEFORE THE COURT *sua sponte* on the issue of interest on the funds that were deposited with the Clerk of Court.  By Agreed Order [47] entered on December 15, 2010, the Court ordered that the $50,000 earnest money that was deposited with the Clerk be returned to former Defendant Brunini, Grantham, Grower and Hewes, PLLC, as escrow agent.  The Court is informed by the Clerk of Court that the money has accrued interest while on deposit with the Clerk.

**IT IS THEREFORE ORDERED AND ADJUDGED** that for the reasons stated above any accrued interest, less the appropriate Clerk's fee for interest, also be forwarded to the escrow agent Brunini, Grantham, Grower, and Hewes, PLLC.

**SO ORDERED AND ADJUDGED** this the 20th day of December, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE